994

No. 965, Misc. GARNER *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 985, Misc. HUTCHINSON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 990, Misc. LLUVERAS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Frank S. Hogan* and *Michael R. Juviler* for respondent.

No. 1042, Misc. DOZIE *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 1043, Misc. MINTZER *v.* DEEGAN, WARDEN. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 1046, Misc. GRAHAM *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1047, Misc. ALSTON *v.* FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1068, Misc. LANDMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1077, Misc. HESLIP *v.* NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 1086, Misc. MORALES *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1141, Misc. DANIELS *v.* NELSON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.